**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00370-CV**
_____

**DOUG HARVEY, Appellant**

**V.**

**BOBBY RAY MCKEE AND DMG EQUIPMENT CO., Appellees**

**On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 17-04-05302-CV**

**MEMORANDUM OPINION**

The appellant, Doug Harvey, filed a motion to dismiss his appeal. Harvey filed his motion voluntarily before the Court decided the appeal. *See* Tex. R. App. P. 42.1(a)(1). No other parties filed a notice indicating they wished to appeal. We grant Harvey's motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice


Submitted on November 7, 2018
Opinion Delivered November 8, 2018

Before Kreger, Horton and Johnson, JJ.